IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| __NO__ INTERPRETER NEEDED | : | ATTORNEY STATUS/**ARRAIGNMENT** |
| | | |
| Date of Arrest: | : | May 11, 2011<br>ESR OPERATOR: Crystal Wardlaw |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Joan Burnes, Esq. |
| v. | : | Crim. No: 11-222-01 |
| HUGH C. CLARK | : | F. Michael Medway, Esq. |
| | : | [] CJA Appointed<br>[XX] Retained<br>[ ] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A pretrial detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[] Other

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[XX] **PLEA: NOT GUILTY TO ALL COUNT(S)**. Counsel have 14 days to file pretrial motions.

BY:

 /s/ L. FELIPE RESTREPO
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   10   MINUTES**

*(Form Revised December, 2007)*